UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ELMER HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES, et al.,<br><br>Defendants. | No. 2:21-cv-0247 CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No.12) is granted; and

2. Plaintiff shall file a first amended complaint on or before July 16, 2021. Failure to file an amended complaint by that date will result in a recommendation that this action be dismissed without prejudice.

Dated: June 28, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
hunt0247.36