UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ELMER HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>Defendants. | No. 2:21-cv-0247 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On June 28, 2021, plaintiff was granted until July 16, 2021 to file an amended complaint. Plaintiff was warned that failure to file an amended complaint by that date would result in a recommendation that this action by dismissed without prejudice. Plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

1  Recommendations."  Plaintiff is advised that failure to file objections within the specified time

2  waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.

3  1991).

4  Dated: July 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hunt0247.fta